FILED
2017 DEC 11 A 11: 29
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A RESIDENCE IN APTOS, CALIFORNIA 95003 | CASE NO. 17-70656 JSC<br><br>[PROPOSED] ORDER AUTHORIZING RETENTION OF ELECTRONIC DEVICES FOR AN ADDITIONAL 120 DAYS |

Upon application of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the deadlines set forth in Paragraph 2, Paragraph 3, and Paragraph 6 of Attachment C of the search warrant in this matter authorized on April 26, 2017, which deadlines were previously extended by 120 days by the Court's Order of August 10, 2017, be and hereby are extended by an additional 120 days.

IT IS SO ORDERED.

DATED: December 11, 2017

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER AUTHORIZING RETENTION OF ELECTONIC DEVICES FOR ADDITIONAL 120 DAYS
No. 17-70656 JSC

1