FILED

MAY -2 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A RESIDENCE IN APTOS, CALIFORNIA 95003 | CASE NO. 17-mj-70656 JSC<br><br>[PROPOSED] ORDER AUTHORIZING RETENTION OF ELECTRONIC DEVICES FOR AN ADDITIONAL 120 DAYS |

Upon application of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the deadlines set forth in Paragraph 2, Paragraph 3, and Paragraph 6 of Attachment C of the search warrant in this matter authorized on April 26, 2017, which deadlines were previously extended by a total of 240 days by the Court's Orders of August 10, 2017, and December 11, 2017, be and hereby are extended by an additional 120 days.

IT IS SO ORDERED.

DATED: 5/2/18

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

[PROPOSED] ORDER AUTHORIZING RETENTION OF ELECTONIC DEVICES FOR ADDITIONAL 120 DAYS
No. 17-mj-70656 JSC

ORIGINAL
FILED

MAY -2 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A RESIDENCE IN APTOS, CALIFORNIA 95003 | CASE NO. 17-mj-70656 JSC<br><br>[~~PROPOSED~~] ORDER AUTHORIZING RETENTION OF ELECTRONIC DEVICES FOR AN ADDITIONAL 120 DAYS |

Upon application of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the deadlines set forth in Paragraph 2, Paragraph 3, and Paragraph 6 of Attachment C of the search warrant in this matter authorized on April 26, 2017, which deadlines were previously extended by a total of 240 days by the Court's Orders of August 10, 2017, and December 11, 2017, be and hereby are extended by an additional 120 days.

IT IS SO ORDERED.

DATED: 5/2/18

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

[PROPOSED] ORDER AUTHORIZING RETENTION OF ELECTRONIC DEVICES FOR ADDITIONAL 120 DAYS
No. 17-mj-70656 JSC

1